UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


IN RE: GREGORY J. SMITH d/b/a
Gregory J. Smith d/b/a Smith
Financial Services d/b/a The Smith
Agency; DEBORAH K. SMITH,
                              Debtors.
_____/

GREGORY J. SMITH; DEBORAH K. SMITH

                    Appellants,

vs.                                Case No.  2:05-cv-262-FtM-33SPC
                                   Bankr. No. 9:03-bk-135000-ALP
                                   Adversary No. 04-3


TERESA WILSON; KAREN JUDSON,

                    Appellees.
_____/


                            <u>ORDER</u>

     This matter comes before the Court on Appellants' Notice to
Dismiss Appeal (Doc. #5)[1] filed on June 17, 2005.  Pursuant to FED.
R. BANKR. P. 8001(c)(2), in order to dismiss an appeal once the
appeal has been docketed, the parties must file a joint motion of
voluntary or stipulated dismissal and detail payment of any court
costs or fees.  The Appellants' Notice to Dismiss Appeal (Doc. #5)
was not jointly filed with the Appellees.  In addition, the motion

_____

     [1] The parties incorrectly label the motion as Defendants'
Notice to Dismiss Appeal.  They are actually the Appellants in the
matter.

fails to detail payment of court costs.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Appellants' Notice to Dismiss Appeal (Doc. #5) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this _21st_ day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record