UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: GREGORY J. SMITH d/b/a
Gregory J. Smith d/b/a Smith
Financial Services d/b/a The Smith
Agency; DEBORAH K. SMITH,
                    Debtors.
_____/

GREGORY J. SMITH; DEBORAH K. SMITH

                    Appellants,

vs.                                Case No.  2:05-cv-262-FtM-33SPC
                                         Bankr. No. 9:03-bk-135000-ALP
                                         Adversary No. 04-3

TERESA WILSON; KAREN JUDSON,

                    Appellees.
_____/

ORDER

    This matter comes before the Court on Joint Motion to Dismiss Appeal by Agreement (Doc. #7) filed on July 15, 2005. The parties stipulate that the issues on appeal are moot and request that the matter be dismissed with each side to bear its own costs, attorney's fees, and expenses.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED**: that this case is **DISMISSED** with prejudice, pursuant to Fed. R. Bankr. P. 8001(c)(2). The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled

deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 19th day of July, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record