UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: GREGORY J. SMITH d/b/a
Gregory J. Smith d/b/a Smith
Financial Services d/b/a The Smith
Agency; DEBORAH K. SMITH,
                Debtors.
_____/

GREGORY J. SMITH; DEBORAH K. SMITH

         Appellants,

vs.                            Case No. 2:05-cv-262-FtM-33SPC
                               Bankr. No. 9:03-bk-135000-ALP
                                  Adversary No. 04-3

TERESA WILSON; KAREN JUDSON,

         Appellees.
_____/

## AMENDED ORDER[1]

This matter comes before the Court on Joint Motion to Dismiss Appeal by Agreement (Doc. #7) filed on July 15, 2005. The parties stipulate that the issues on appeal are moot and request that the matter be dismissed with each side to bear its own costs, attorneys' fees, and expenses.

Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED:**

This appeal is **DISMISSED** with prejudice, pursuant to FED. R.

---

[1] The July 19, 2005, Order (Doc. #8) is amended to the extent that the bankruptcy appeal is dismissed not the underlying bankruptcy case.

BANKR. P. 8001(c)(2). The Clerk is directed to enter judgment accordingly and close the bankruptcy appeal file only. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions as to the bankruptcy appeal only. The underlying bankruptcy case 9:03-bk-135000-ALP remains open.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 26th day of July, 2005.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record